UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONDRA KIRK; AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIFUND CCR, A LIMITED LIABILITY COMPANY, SUTTELL AND ASSOCIATES P.S., A WASHINGTON PROFESSIONAL SERVICES CORPORATION, AND ISAAC HAMMER AND KAREN HAMMER, HUSBAND AND WIFE,<br><br>　　　　　Defendants. | NO. CV-07-293-EFS<br><br>**ORDER OF DISMISSAL** |

　　By Stipulation filed January 30, 2008 (Ct. Rec. 11), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

　　Therefore, **IT IS ORDERED**:

　　1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

　　2. All pending trial and hearing dates are stricken; and

　　3. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.
   **DATED** this ___11th___ day of February 2008.
3
4
5                            S/ Edward F. Shea
                             EDWARD F. SHEA
6                       United States District Judge

7  Q:\Civil\2007\293.Stip.Dismiss.wpd

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER * 2